CITY OF WARREN (FIRE DEPARTMENT)

v.

WORKERS' COMPENSATION APPEAL BOARD (Thomas HAINES, deceased, BY Sharon HAINES, Claimant)

Petition of: Thomas Haines, deceased, by Sharon Haines, Claimant

No. 217 MAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

**AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.